IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PEDRO GWON BENNETT,                )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )    CIVIL ACTION NO. 2:18-CV-996-WHA
                                   )              [WO]
WARDEN HENLINE, *et al.*,           )
                                   )
        Defendants.                )

## ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on December 3, 2018. Doc. 5.  There being no timely objections filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint against Defendant Sibley Reynolds is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i & iii);

2.  Defendant Reynolds is TERMINATED as a party prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i & iii);

3.  Plaintiff's challenge to the validity of his current confinement is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as such claim is not properly before the court at this time.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Sibley Reynolds pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 8th day of January 2019.

         /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE