IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEDRO GWON BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-996-WHA |
| | ) | |
| WARDEN HENLINE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on February 26, 2020. Doc. 26. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered separately.

Done, this 18th day of March 2020.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE